IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL UPTHEGROVE,

    Plaintiff,

v.

    Case No. 18-cv-847-wmc

CATHY JESS, JON LITSCHER,
KEVIN KALLAS, SCOTT ECKSTEIN,
STEVE SCHUELER, JOHN KIND,
RYAN BAUMANN, JAY VAN LANEN,
and KEVIN CARR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |